Jasmine Jane Stanzick (SBN 354704)
jstanzick@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
APPFOLIO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORAYDA MARISCAL,<br><br>      Plaintiff,<br><br>v.<br><br>APPFOLIO, INC.,<br><br>      Defendant. | Case No. 2:26-cv-3591-MWC-PVC<br><br>Hon. Michelle Williams Court<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:    Apr. 14, 2026<br>Current Response Date:  May 26, 2026<br>New Response Date:    June 4, 2026 |

1

SECOND STIPULATION
TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Plaintiff ZORAYDA MARISCAL and Defendant APPFOLIO, INC., by their attorneys and pursuant to Local Rule 8-3, hereby stipulate as follows:

1.      Plaintiff filed her Complaint on April 3, 2026.  ECF No. 1.

2.      AppFolio was served with the Summons and a copy of the Complaint on April 14, 2026. ECF No. 12.

3.      Pursuant to Local Rule 8-3, AppFolio filed a Stipulation to Extend Time to Respond to Initial Complaint on April 29, 2026. ECF No. 10.  The stipulation extended AppFolio's time to respond by 21 days.  AppFolio's responsive pleading is currently due May 26, 2026.

4.      AppFolio and its counsel require additional time to continue to explore potential early resolution with Plaintiff's counsel.

5.      The parties have agreed to extend AppFolio's deadline to answer or otherwise respond to the Complaint up to and including June 4, 2026. *See* L.R 8-3.

6.      This stipulation is made in good faith, not for the purpose of delay, and granting it will not affect any other deadlines or the just, speedy, and inexpensive determination of this action.  *See* Fed. R. Civ. P. 1.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties, that AppFolio's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to June 4, 2026.

SECOND STIPULATION
TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

**IT IS SO STIPULATED.**

//

Respectfully submitted on May 26, 2026.

THE CREDIT ATTORNEY, INC.          SEYFARTH SHAW LLP


By: */s/ Youssef H. Hammoud*          By: */s/ Jasmine J. Stanzick*
    Youssef H. Hammoud              Jasmine J. Stanzick
    Attorneys for Plaintiff              Attorneys for Defendant


## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.


    */s/ Jasmine J. Stanzick*
    Jasmine J. Stanzick

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

/s/ Jasmine J. Stanzick

Jasmine J. Stanzick

CERTIFICATE OF SERVICE