Youssef H. Hammoud (SBN:321934)
**The Credit Attorney, Inc.**
601 N. Parkcenter Dr., Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorney for Plaintiff,*
*Zorayda Mariscal*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ZORAYDA MARISCAL,

        Plaintiff,

v.

APPFOLIO, INC.,

Defendant.

**Case No.:** 2:26−cv−03591−MWC−PVC

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Zorayda Mariscal ("Plaintiff") and AppFolio, Inc. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice of entire action within the next sixty (60) days. This Notice is submitted to ensure the Court is fully informed of the status of the case and to promote judicial efficiency.  The parties do not anticipate any issues that would delay the filing of the dismissal. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that this Court retain jurisdiction for any matters

- 1 -

related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated:  June 4, 2026                By:*/s/ Youssef H. Hammoud*
Youssef H. Hammoud  (SBN: 321934)
The Credit Attorney, Inc.
601 N. Parkcenter Dr., Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
yhammoud@thecreditattorney.com

Attorney for Plaintiff
Zorayda Mariscal

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nicole Mejia-Carranza*